```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States
```

**FILED**

APR 04 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $156,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $2,839.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | 2:11-CV-00879-GEB-JFM<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on March 31, 2011, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $156,000.00 in U.S. Currency and Approximately $2,839.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

　　And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug

1　　Order Regarding Clerk's Issuance of Warrant
　　　for Arrest of Articles *In Rem*

Enforcement Administration Special Agent Rebecca A. Caceres, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: *April 4, 2011*

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge